# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| FRESH PRODUCTS, INC., | Case No. 3:19-cv-02109-JZ |
| Plaintiff, | Hon. Jack Zouhary |
| v. | **Jury Trial Demanded** |
| IMPACT PRODUCTS, LLC, | |
| Defendant. | |

## JOINT NOTICE OF ADDITIONAL AGREED-UPON CLAIM CONSTRUCTIONS

Consistent with the Court's telephonic status call on October 14, 2020 (Dkt. 67), the parties jointly submit this Notice of Amended Agreed and Disputed Claim Constructions. On September 8, 2020, the parties submitted their Joint Claim Construction and Prehearing Statement (Dkt. 66), Agreed Constructions (Dkt. 66-1) and Disputed Constructions (Dkt. 66-2). The parties have now reached additional agreements regarding claim construction.

First, regarding the construction of "urinal screen" wherever the term acts as a claim limitation, the parties have agreed that the construction shall be "a screen used in a urinal and through which urine passes." The parties continue to disagree over whether "urinal screen" is a claim limitation as opposed to non-limiting preamble language as used in claim 19 of the '098 Patent and its dependents (with the exception of claim 22).

Second, regarding the construction of "reversible," the parties have agreed that the construction shall be "adapted to be reversed such that either side is usable as the top side or bottom side."

Accordingly, attached as **Exhibit A** is an amended listing of the constructions of those terms on which the parties agree. Attached as **Exhibit B** is an amended listing of each party's proposed construction of each disputed term, together with an identification of all references from the intrinsic evidence that supports that construction, and an identification of any extrinsic evidence known to the party on which it intends to rely either to support its proposed construction or to oppose any other party's proposed construction, including, but not limited to, as permitted by law, dictionary definitions, citations to learned treatises and prior art, and testimony of all witnesses including experts.

Dated: October 28, 2020

| KNOBBE MARTENS OLSON & BEAR | HILL, KERTSCHER, & WHARTON, LLP |
|---|---|
| /s/ *Joseph F. Jennings* <br> Adam R. Aquino (adam.aquino@knobbe.com) <br> Joseph F. Jennings (joe.jennings@knobbe.com) <br> 2040 Main Street, 14th Floor <br> Irvine, CA 92614 <br><br> Carrie L. Urrutia (clurrutia@eastmansmith.com) <br> Emilie K. Vassar (ekvassar@eastmansmith.com) <br> EASTMAN & SMITH LTD. <br> P.O. Box 10032 <br> One SeaGate, 24th Floor <br> Toledo, Ohio 43699-0032 <br><br> *Attorneys for Plaintiff Fresh Products, Inc.* | /s/ *Steven G. Hill* <br> Steven G. Hill (GA BAR 354658) <br> Martha Decker (GA BAR 420867) <br> 3350 Riverwood Parkway, Suite 800 <br> Atlanta, GA 30339 <br> 770-953-0995 (o) <br> 770-953-1358 (f) <br> Email: sgh@hkw-law.com <br> md@hkw-law.com <br><br> James Silk <br> SPENGLER NATHANSON PLL <br> 900 Adams Street <br> Toledo, Ohio 43604 <br> 419-252-6260 (t.) <br> 419-241-8599 (f.) <br> Emails: jsilk@snlaw.com <br><br> *Attorneys for Defendant Impact Products, LLC* |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically this 28th day of October, 2020. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

       /s/ Steven G. Hill
       Steven G. Hill
       *Counsel for Defendant Impact Products, LLC*