*Fresh Products, Inc. v. Impact Products, LLC, Case No. 3:19-cv-02109-JZ*
**Joint Claim Construction and Prehearing Statement, Exhibit A**

**PARTIES' *SECOND AMENDED* AGREED UPON CONSTRUCTIONS**

| # | PATENT TERM | AGREED CONSTRUCTION |
|---|---|---|
| 1 | **"frame"** (098 Pat., Claims 19, 32, 38)<br><br>098 Pat., Cl. 19. A urinal screen comprising:<br>a <u>frame</u> having:<br>a first face;<br>a second face opposite the first face; and<br>a plurality of interconnected cells at least partially defined by a plurality of braces that intersect at comers, the plurality of interconnected cells comprising at least a plurality of perimeter cells and a plurality of interior cells;<br>wherein the plurality of interior cells comprises a first cell, a second cell, and a third cell, said first cell and said second cell each partially defined by a first brace positioned between said first cell and said second cell, said second cell and said third cell each partially defined by a second brace positioned between said second cell and said third cell, and said first cell and said third cell each partially defined by a third brace positioned between first cell and said third cell;<br>wherein each of the first brace, the second brace, and the third brace comprises a first end and a second end, and wherein:<br>the first end of the first brace intersects at a comer with the two other braces;<br>the first end of the second brace intersects at a comer with the two other braces; and<br>the first end of the third brace intersects at a comer with the two other braces; | The skeletal structure of a thing. |

*Fresh Products, Inc. v. Impact Products, LLC, Case No. 3:19-cv-02109-JZ*
**Joint Claim Construction and Prehearing Statement, Exhibit A**

| # | PATENT TERM | AGREED CONSTRUCTION |
|---|---|---|
| | a plurality of first posts each connected to a brace or corner of the <u>frame</u> and extending from away from the first face of the <u>frame</u>, and<br>a plurality of second posts each connected to a brace or corner of the <u>frame</u> and extending away from the second face of the <u>frame</u>.<br><br>098 Pat., Cl. 32. The urinal screen of claim 19, wherein each of the plurality of first posts is connected to a comer of the <u>frame</u>, and each of the plurality of second posts is connected to a comer of the <u>frame</u>.<br><br>098 Pat., Cl. 38. A urinal screen comprising:<br>a <u>frame</u> having:<br>a first face:<br>a second face opposite the first face; and<br>a plurality of openings extending through the <u>frame</u> between the first face and the second face;<br>a plurality of first posts extending from the first face of the <u>frame</u>; and<br>a plurality of second posts extending from the second face of the <u>frame</u>;<br>wherein a plurality of ends of the plurality of first posts form a base upon which the urinal screen rests when the plurality of second posts point away from a surface upon which the urinal screen is set;<br>wherein a plurality of ends of the plurality of second posts form a base upon which the urinal screen rests when the plurality of first posts point away from a surface upon which the urinal screen is set;<br>wherein a number of said plurality of first posts and a number of said plurality of second posts are | |

*Fresh Products, Inc. v. Impact Products, LLC, Case No. 3:19-cv-02109-JZ*
**Joint Claim Construction and Prehearing Statement, Exhibit A**

| # | PATENT TERM | AGREED CONSTRUCTION |
|---|---|---|
| | positioned along a perimeter of at least some of the plurality of openings, so as to surround the at least some of the plurality of openings; and<br><br>wherein, when the urinal screen is set upon a surface in a urinal such that the first or second face of the <u>frame</u> is oriented toward the surface upon which the urinal screen is set, the <u>frame</u> is positioned away from the surface by at least 'A of a thickness of the urinal screen as measured perpendicular to the first face of the <u>frame</u>, such that posts positioned between the <u>frame</u> and the surface upon which the urinal screen is set can reduce splashing on a user of the urinal by deflecting a flow of urine which passes through said plurality of openings. | |
| 2 | **"brace"**<br>(098 Pat., Claims 19, 51; 924 Pat., Claims 1, 2, 5, 7, 18, 21, 26, 28, 33)<br><br>098 Pat, Cl. 19. A urinal screen comprising:<br>a frame having:<br>a first face;<br>a second face opposite the first face; and<br>a plurality of interconnected cells at least partially defined by a plurality of <u>braces</u> that intersect at corners, the plurality of interconnected cells comprising at least a plurality of perimeter cells and a plurality of interior cells;<br>wherein the plurality of interior cells comprises a first cell, a second cell, and a third cell, said first cell and said second cell each partially defined by a first <u>brace</u> positioned between said first cell and said second cell, said second cell and said third cell each | A rod or strut. |

3

*Fresh Products, Inc. v. Impact Products, LLC, Case No. 3:19-cv-02109-JZ*
**Joint Claim Construction and Prehearing Statement, Exhibit A**

| # | PATENT TERM | AGREED CONSTRUCTION |
|---|---|---|
| | partially defined by a second brace positioned between said second cell and said third cell, and said first cell and said third cell each partially defined by a third brace positioned between said first cell and said third cell;<br>wherein each of the first brace, the second brace, and the third brace comprises a first end and a second end, and wherein:<br>the first end of the first brace intersects at a comer with the two other braces;<br>the first end of the second brace intersects at a comer with the two other braces; and<br>the first end of the third brace intersects at a comer with the two other braces;<br>a plurality of first posts each connected to a brace or corner of the frame and extending from away from the first face of the frame, and<br>a plurality of second posts each connected to a brace or corner of the frame and extending away from the second face of the frame.<br><br>098 Pat., Cl. 51. The urinal screen of claim 38, wherein the perimeter of the at least some of the plurality of openings comprises polygonal shape defined by a plurality of braces and corners, and at least some of the number of said plurality of first posts and at least some of the number of said plurality of seconds posts extend from the corners.<br><br>924 Pat., Cl. 1. A reversible urinal screen comprising:<br>a plurality of interconnected cells that form a tessellation of openings, | |

*Fresh Products, Inc. v. Impact Products, LLC, Case No. 3:19-cv-02109-JZ*
**Joint Claim Construction and Prehearing Statement, Exhibit A**

| # | PATENT TERM | AGREED CONSTRUCTION |
|---|---|---|
| | wherein a perimeter of each of a majority of openings of the tessellation of openings is at least partially defined by three or more <u>braces</u> of a plurality of <u>braces</u>, with a majority of the plurality of <u>braces</u> being shared by multiple openings; and<br>a plurality of posts to deflect urine when the reversible urinal screen is placed upon a urinal surface, the plurality of posts connected to the plurality of <u>braces</u> and positioned such that:<br>when the reversible urinal screen is placed upon the urinal surface in a first orientation, a first plurality of tips of the plurality of posts support the plurality of <u>braces</u> above the urinal surface, and a second plurality of tips of the plurality of posts are positioned above the plurality of <u>braces</u>, and<br>when the reversible urinal screen is placed upon the urinal surface in a second orientation, the second plurality of tips of the plurality of posts support the plurality of <u>braces</u> above the urinal surface, and the first plurality of tips of the plurality of posts are positioned above the plurality of <u>braces</u>, and<br>wherein at least some of the plurality of <u>braces</u> comprise contoured upper and lower surfaces to deflect urine when the reversible urinal screen is placed upon the urinal surface in either of the first or second orientations.<br><br>924 Pat, Cl. 2. The reversible urinal screen of claim 1, wherein the plurality of <u>braces</u> are centered in a vertical direction between the first plurality of tips and the second plurality of tips when the urinal screen is placed upon a horizontal surface. | |

*Fresh Products, Inc. v. Impact Products, LLC, Case No. 3:19-cv-02109-JZ*
**Joint Claim Construction and Prehearing Statement, Exhibit A**

| # | PATENT TERM | AGREED CONSTRUCTION |
|---|---|---|
| | 924 Pat., Cl. 5. The reversible urinal screen of claim **1,** wherein at least<br>some of the plurality of posts that are connected to the plurality of <u>braces</u> are connected at comers of the interconnected cells.<br><br>924 Pat., Cl. 7. The reversible urinal screen of claim 1, wherein a<br>majority of the plurality of posts that are connected to the plurality of <u>braces</u> are connected at comers of the interconnected cells.<br><br>924 Pat., Cl. 18. The reversible urinal screen of claim 1, wherein the plurality of <u>braces</u> and the plurality of posts comprise a fragranced EVA material.<br><br>924 Pat., Cl. 21. A reversible urinal screen comprising:<br>a plurality of interconnected cells that form a tessellation of openings,<br>wherein a perimeter of each of a majority of openings of the tessellation of openings is at least partially defined by three or more <u>braces</u> of a plurality of <u>braces</u>, with a majority of the plurality of <u>braces</u> being shared by multiple openings;<br>a solid portion positioned between at least some of the openings of the tessellation of openings, the solid portion occupying an area greater than or equal to ten of the openings of the tessellation of openings; and<br>a plurality of posts to deflect urine when the reversible urinal screen is placed upon a urinal surface, the | |

*Fresh Products, Inc. v. Impact Products, LLC, Case No. 3:19-cv-02109-JZ*
**Joint Claim Construction and Prehearing Statement, Exhibit A**

| # | PATENT TERM | AGREED CONSTRUCTION |
|---|---|---|
| | plurality of posts connected to the plurality of <u>braces</u> and positioned such that: <br> when the reversible urinal screen is placed upon the urinal surface in a first orientation, a first plurality of tips of the plurality of posts support the plurality of <u>braces</u> above the urinal surface, and a second plurality of tips of the plurality of posts are positioned above the plurality of <u>braces</u>, such that at least a portion of the plurality of posts between the second plurality of tips and the plurality of <u>braces</u> can reduce splashing of urine impacting the urinal screen from above, and at least a portion of the plurality of posts between the first plurality of tips and the plurality of <u>braces</u> can reduce splashing of urine that has passed through the tessellation of openings, and <br> when the reversible urinal screen is placed upon the urinal surface in a second orientation, the second plurality of tips of the plurality of posts support the plurality of <u>braces</u> above the urinal surface, and the first plurality of tips of the plurality of posts are positioned above the plurality of <u>braces</u>, such that at least a portion of the plurality of posts between the first plurality of tips and the plurality of <u>braces</u> can reduce splashing of urine impacting the urinal screen from above, and at least a portion of the plurality of posts between the second plurality of tips and the plurality of <u>braces</u> can reduce splashing of urine that has passed through the tessellation of openings, <br> wherein at least some of the plurality of <u>braces</u> comprise contoured upper and lower surfaces to deflect urine when the reversible urinal screen is placed upon the | |

*Fresh Products, Inc. v. Impact Products, LLC, Case No. 3:19-cv-02109-JZ*
**Joint Claim Construction and Prehearing Statement, Exhibit A**

| # | PATENT TERM | AGREED CONSTRUCTION |
|---|---|---|
| | urinal surface in either of the first or second orientations, <br> wherein, when the urinal screen is placed upon a horizontal surface, a thickness of the majority of the plurality of <u>braces</u> as measured perpendicular to the horizontal surface is less than or equal to ½ of an overall thickness of the urinal screen as measured perpendicular to the horizontal surface, <br> wherein a majority of the plurality of posts that are connected to the plurality of <u>braces</u> are connected at corners of the interconnected cells, <br> wherein some openings of the tessellation of openings comprise a different perimeter shape than other openings of the tessellation of openings, and <br> wherein the plurality of <u>braces</u>, the plurality of posts, and the solid portion comprise a fragranced EVA material. <br><br> 924 Pat., Cl. 26. The reversible urinal screen of claim 21, wherein the plurality of <u>braces</u> are centered in a vertical direction between the first plurality of tips and the second plurality of tips when the urinal screen is placed upon a horizontal surface. <br><br> 924 Pat., Cl. 28. A reversible urinal screen comprising: <br> a plurality of interconnected cells that form a tessellation of openings, <br> wherein a perimeter of each of a majority of openings of the tessellation of openings is at least partially defined by three or more <u>braces</u> of a plurality of <u>braces</u>, with a majority of the plurality of <u>braces</u> being shared by multiple openings; | |

*Fresh Products, Inc. v. Impact Products, LLC, Case No. 3:19-cv-02109-JZ*
**Joint Claim Construction and Prehearing Statement, Exhibit A**

| # | PATENT TERM | AGREED CONSTRUCTION |
|---|---|---|
| | a solid portion positioned between at least some of the openings of the tessellation of openings, the solid portion occupying an area greater than or equal to ten of the openings of the tessellation of openings; and<br><br>a plurality of posts to deflect urine when the reversible urinal screen is placed upon a urinal surface, the plurality of posts connected to the plurality of <u>braces</u> and positioned such that:<br><br>when the reversible urinal screen is placed upon the urinal surface in a first orientation, a first plurality of tips of the plurality of posts support the plurality of <u>braces</u> above the urinal surface, and a second plurality of tips of the plurality of posts are positioned above the plurality of <u>braces</u>, such that at least a portion of the plurality of posts between the second plurality of tips and the plurality of <u>braces</u> can reduce splashing of urine impacting the urinal screen from above, and at least a portion of the plurality of posts between the first plurality of tips and the plurality of <u>braces</u> can reduce splashing of urine that has passed through the tessellation of openings, and<br><br>when the reversible urinal screen is placed upon the urinal surface in a second orientation, the second plurality of tips of the plurality of posts support the plurality of <u>braces</u> above the urinal surface, and the first plurality of tips of the plurality of posts are positioned above the plurality of <u>braces</u>, such that at least a portion of the plurality of posts between the first plurality of tips and the plurality of <u>braces</u> can reduce splashing of urine impacting the urinal screen | |

*Fresh Products, Inc. v. Impact Products, LLC, Case No. 3:19-cv-02109-JZ*
**Joint Claim Construction and Prehearing Statement, Exhibit A**

| # | PATENT TERM | AGREED CONSTRUCTION |
|---|---|---|
| | from above, and at least a portion of the plurality of posts between the second plurality of tips and the plurality of <u>braces</u> can reduce splashing of urine that has passed through the tessellation of openings, wherein, when the urinal screen is placed upon a horizontal surface, a thickness of the majority of the plurality of <u>braces</u> as measured perpendicular to the horizontal surface is less than or equal to ½ an overall thickness of the urinal screen as measured perpendicular to the horizontal surface, wherein the perimeter of each of the majority of openings of the tessellation of openings comprises a plurality of corners, with a post being connected at each of the corners, and wherein the plurality of <u>braces</u>, the plurality of posts, and the solid portion comprise a fragranced EVA material.<br><br>924 Pat., Cl. 33. The reversible urinal screen of claim 28, wherein the plurality of <u>braces</u> are centered in a vertical direction between the first plurality of tips and the second plurality of tips when the urinal screen is placed upon a horizontal surface. | |
| 3 | **"polygonal"**<br>(098 Pat., Cl. 27, 51; 924 Pat., Cl. 8)<br><br>098 Pat., Cl. 27. The urinal screen of claim 19, wherein at least some of the plurality of interconnected cells comprise a <u>polygonal</u> shape.<br><br>098 Pat., Cl. 51. The urinal screen of claim 38, wherein the perimeter of the at least some of the plurality of | A closed plane figure bounded by straight lines. |

*Fresh Products, Inc. v. Impact Products, LLC, Case No. 3:19-cv-02109-JZ*
**Joint Claim Construction and Prehearing Statement, Exhibit A**

| # | PATENT TERM | AGREED CONSTRUCTION |
|---|---|---|
| | openings comprises <u>polygonal</u> shape defined by a plurality of braces and corners, and at least some of the number of said plurality of first posts and at least some of the number of said plurality of seconds posts extend from the corners.<br><br>924 Pat., Cl. 8. The reversible urinal screen of claim 1, wherein a majority of openings of the tessellation of openings comprise a <u>polygonal</u> perimeter shape. | |
| 4 | **"polygonal shape"**<br>(098 Pat., Cl. 27, 51)<br><br>098 Pat., Cl. 27. The urinal screen of claim 19, wherein at least some of the plurality of interconnected cells comprise a <u>polygonal shape</u>.<br><br>098 Pat., Cl. 51. The urinal screen of claim 38, wherein the perimeter of the at least some of the plurality of openings comprises <u>polygonal shape</u> defined by a plurality of braces and corners, and at least some of the number of said plurality of first posts and at least some of the number of said plurality of seconds posts extend from the corners. | The shape of a closed plane figure bounded by straight lines. |
| 5 | **"urinal screen"**<br>(098 Pat., Claim 22, 38, 39, 47, 51 and 54;  924 Pat., Claims 1, 21 and 28 (and dependents))<br><br>098 Pat., Cl, 22. A urinal system comprising:<br>the screen of claim 19; and<br>a urinal having a bottom surface and a drain extending<br>    through a portion of the bottom surface; | A screen used in a urinal and through which urine passes. |

*Fresh Products, Inc. v. Impact Products, LLC, Case No. 3:19-cv-02109-JZ*
**Joint Claim Construction and Prehearing Statement, Exhibit A**

| # | PATENT TERM | AGREED CONSTRUCTION |
|---|---|---|
| | wherein the <u>urinal screen</u> is configured to be positioned on the bottom surface of the urinal.<br><br>098 Pat., Cl. 38. A <u>urinal screen</u> comprising:<br>a frame having:<br>a first face:<br>a second face opposite the first face; and<br>a plurality of openings extending through the frame between the first face and the second face;<br>a plurality of first posts extending from the first face of the frame; and<br>a plurality of second posts extending from the second face of the frame;<br>wherein a plurality of ends of the plurality of first posts form a base upon which the <u>urinal screen</u> rests when the plurality of second posts point away from a surface upon which the <u>urinal screen</u> is set;<br>wherein a plurality of ends of the plurality of second posts form a base upon which the <u>urinal screen</u> rests when the plurality of first posts point away from a surface upon which the <u>urinal screen</u> is set;<br>wherein a number of said plurality of first posts and a number of said plurality of second posts are positioned along a perimeter of at least some of the plurality of openings, so as to surround the at least some of the plurality of openings; and<br>wherein, when the <u>urinal screen</u> is set upon a surface in a urinal such that the first or second face of the frame is oriented toward the surface upon which the <u>urinal screen</u> is set, the frame is positioned away from the surface by at least ¼ of a thickness of the <u>urinal screen</u> as measured perpendicular to the first | |

*Fresh Products, Inc. v. Impact Products, LLC, Case No. 3:19-cv-02109-JZ*
**Joint Claim Construction and Prehearing Statement, Exhibit A**

| # | PATENT TERM | AGREED CONSTRUCTION |
|---|---|---|
| | face of the frame, such that posts positioned between the frame and the surface upon which the <u>urinal screen</u> is set can reduce splashing on a user of the urinal by deflecting a flow of mine which passes through said plurality of openings. <br><br> 098 Pat., Cl. 39. A urinal system comprising: <br> the screen of claim 38; and <br> a urinal having a bottom surface and a drain extending through a portion of the bottom surface; <br> wherein the <u>urinal screen</u> is configured to be positioned on the bottom surface of the urinal. <br><br> 098 Pat., Cl. 47. The <u>urinal screen</u> of claim 38, wherein at least half of <br> the plurality of first posts are a same size and shape as at least half of the plurality of second posts. <br><br> 098 Pat., Cl. 51. The <u>urinal screen</u> of claim 38, wherein the perimeter of the at least some of the plurality of openings comprises polygonal shape defined by a plurality of braces and corners, and at least some of the number of said plurality of first posts and at least some of the number of said plurality of seconds posts extend from the corners. <br><br> 098 Pat., Cl. 54. The <u>urinal screen</u> of claim 38, wherein the plurality of openings comprise a contoured side surface to further reduce <br> splashing on the user of the urinal by deflecting a flow of urine. | |

*Fresh Products, Inc. v. Impact Products, LLC, Case No. 3:19-cv-02109-JZ*
**Joint Claim Construction and Prehearing Statement, Exhibit A**

| # | PATENT TERM | AGREED CONSTRUCTION |
|---|---|---|
| | 924 Pat., Cl. 1. A reversible <u>urinal screen</u> comprising: <br> a plurality of interconnected cells that form a tessellation of openings, <br> wherein a perimeter of each of a majority of openings of the tessellation of openings is at least partially defined by three or more braces of a plurality of braces, with a majority of the plurality of braces being shared by multiple openings; and <br> a plurality of posts to deflect urine when the reversible <u>urinal screen</u> is placed upon a urinal surface, the plurality of posts connected to the plurality of braces and positioned such that: <br> when the reversible <u>urinal screen</u> is placed upon the urinal surface in a first orientation, a first plurality of tips of the plurality of posts support the plurality of braces above the urinal surface, and a second plurality of tips of the plurality of posts are positioned above the plurality of braces, and <br> when the reversible <u>urinal screen</u> is placed upon the urinal surface in a second orientation, the second plurality of tips of the plurality of posts support the plurality of braces above the urinal surface, and the first plurality of tips of the plurality of posts are positioned above the plurality of braces, and <br> wherein at least some of the plurality of braces comprise contoured upper and lower surfaces to deflect urine when the reversible <u>urinal screen</u> is placed upon the urinal surface in either of the first or second orientations. <br><br> 924 Pat., Cl. 21. A reversible <u>urinal screen</u> comprising: | |

*Fresh Products, Inc. v. Impact Products, LLC, Case No. 3:19-cv-02109-JZ*
**Joint Claim Construction and Prehearing Statement, Exhibit A**

| # | PATENT TERM | AGREED CONSTRUCTION |
|---|---|---|
| | a plurality of interconnected cells that form a tessellation of openings, wherein a perimeter of each of a majority of openings of the tessellation of openings is at least partially defined by three or more braces of a plurality of braces, with a majority of the plurality of braces being shared by multiple openings; a solid portion positioned between at least some of the openings of the tessellation of openings, the solid portion occupying an area greater than or equal to ten of the openings of the tessellation of openings; and a plurality of posts to deflect urine when the reversible <u>urinal screen</u> is placed upon a urinal surface, the plurality of posts connected to the plurality of braces and positioned such that: when the reversible <u>urinal screen</u> is placed upon the urinal surface in a first orientation, a first plurality of tips of the plurality of posts support the plurality of braces above the urinal surface, and a second plurality of tips of the plurality of posts are positioned above the plurality of braces, such that at least a portion of the plurality of posts between the second plurality of tips and the plurality of braces can reduce splashing of urine impacting the <u>urinal screen</u> from above, and at least a portion of the plurality of posts between the first plurality of tips and the plurality of braces can reduce splashing of urine that has passed through the tessellation of openings, and when the reversible <u>urinal screen</u> is placed upon the urinal surface in a second orientation, the second | |

*Fresh Products, Inc. v. Impact Products, LLC, Case No. 3:19-cv-02109-JZ*
**Joint Claim Construction and Prehearing Statement, Exhibit A**

| # | PATENT TERM | AGREED CONSTRUCTION |
|---|---|---|
| | plurality of tips of the plurality of posts support the plurality of braces above the urinal surface, and the first plurality of tips of the plurality of posts are positioned above the plurality of braces, such that at least a portion of the plurality of posts between the first plurality of tips and the plurality of braces can reduce splashing of urine impacting the <u>urinal screen</u> from above, and at least a portion of the plurality of posts between the second plurality of tips and the plurality of braces can reduce splashing of urine that has passed through the tessellation of openings, wherein at least some of the plurality of braces comprise contoured upper and lower surfaces to deflect urine when the reversible <u>urinal screen</u> is placed upon the urinal surface in either of the first or second orientations, wherein, when the <u>urinal screen</u> is placed upon a horizontal surface, a thickness of the majority of the plurality of braces as measured perpendicular to the horizontal surface is less than or equal to ½ of an overall thickness of the <u>urinal screen</u> as measured perpendicular to the horizontal surface, wherein a majority of the plurality of posts that are connected to the plurality of braces are connected at corners of the interconnected cells, wherein some openings of the tessellation of openings comprise a different perimeter shape than other openings of the tessellation of openings, and wherein the plurality of braces, the plurality of posts, and the solid portion comprise a fragranced EVA material. | |

*Fresh Products, Inc. v. Impact Products, LLC, Case No. 3:19-cv-02109-JZ*
**Joint Claim Construction and Prehearing Statement, Exhibit A**

| # | PATENT TERM | AGREED CONSTRUCTION |
|---|---|---|
| | 924 Pat., Cl. 28. A reversible <u>urinal screen</u> comprising: a plurality of interconnected cells that form a tessellation of openings, wherein a perimeter of each of a majority of openings of the tessellation of openings is at least partially defined by three or more braces of a plurality of braces, with a majority of the plurality of braces being shared by multiple openings; a solid portion positioned between at least some of the openings of the tessellation of openings, the solid portion occupying an area greater than or equal to ten of the openings of the tessellation of openings; and a plurality of posts to deflect urine when the reversible <u>urinal screen</u> is placed upon a urinal surface, the plurality of posts connected to the plurality of braces and positioned such that: when the reversible <u>urinal screen</u> is placed upon the urinal surface in a first orientation, a first plurality of tips of the plurality of posts support the plurality of braces above the urinal surface, and a second plurality of tips of the plurality of posts are positioned above the plurality of braces, such that at least a portion of the plurality of posts between the second plurality of tips and the plurality of braces can reduce splashing of urine impacting the <u>urinal screen</u> from above, and at least a portion of the plurality of posts between the first plurality of tips and the plurality of braces can reduce splashing of urine that has passed through the tessellation of openings, and | |

*Fresh Products, Inc. v. Impact Products, LLC, Case No. 3:19-cv-02109-JZ*
**Joint Claim Construction and Prehearing Statement, Exhibit A**

| # | PATENT TERM | AGREED CONSTRUCTION |
|---|---|---|
| | when the reversible <u>urinal screen</u> is placed upon the urinal surface in a second orientation, the second plurality of tips of the plurality of posts support the plurality of braces above the urinal surface, and the first plurality of tips of the plurality of posts are positioned above the plurality of braces, such that at least a portion of the plurality of posts between the first plurality of tips and the plurality of braces can reduce splashing of urine impacting the <u>urinal screen</u> from above, and at least a portion of the plurality of posts between the second plurality of tips and the plurality of braces can reduce splashing of urine that has passed through the tessellation of openings, <br> wherein, when the <u>urinal screen</u> is placed upon a horizontal surface, a thickness of the majority of the plurality of braces as measured perpendicular to the horizontal surface is less than or equal to ½ of an overall thickness of the <u>urinal screen</u> as measured perpendicular to the horizontal surface, <br> wherein the perimeter of each of the majority of openings of the tessellation of openings comprises a plurality of corners, with a post being connected at each of the corners, and <br> wherein the plurality of braces, the plurality of posts, and the solid portion comprise a fragranced EVA material. | |
| 6 | **"reversible"** <br> (924 Pat., Claim 1) <br><br> 924 Pat., Cl. 1. A <u>reversible</u> urinal screen comprising: <br> a plurality of interconnected cells that form a tessellation of openings, | Adapted to be reversed such that either side is usable as the top side or bottom side. |

*Fresh Products, Inc. v. Impact Products, LLC, Case No. 3:19-cv-02109-JZ*
**Joint Claim Construction and Prehearing Statement, Exhibit A**

| # | PATENT TERM | AGREED CONSTRUCTION |
|---|---|---|
| | wherein a perimeter of each of a majority of openings of the tessellation of openings is at least partially defined by three or more braces of a plurality of braces, with a majority of the plurality of braces being shared by multiple openings; and<br>a plurality of posts to deflect urine when the <u>reversible</u> urinal screen is placed upon a urinal surface, the plurality of posts connected to the plurality of braces and positioned such that:<br>when the <u>reversible</u> urinal screen is placed upon the urinal surface in a first orientation, a first plurality of tips of the plurality of posts support the plurality of braces above the urinal surface, and a second plurality of tips of the plurality of posts are positioned above the plurality of braces, and<br>when the <u>reversible</u> urinal screen is placed upon the urinal surface in a second orientation, the second plurality of tips of the plurality of posts support the plurality of braces above the urinal surface, and the first plurality of tips of the plurality of posts are positioned above the plurality of braces, and<br>wherein at least some of the plurality of braces comprise contoured upper and lower surfaces to deflect urine when the <u>reversible</u> urinal screen is placed upon the urinal surface in either of the first or second orientations. | |
| 7. | **"tessellation" / "tessellation of openings"**<br>(098 Pat., Claim 20; 924 Pat., Claim 1)<br><br>098 Pat. Cl. 20. The urinal screen of claim 19, wherein the plurality of interconnected cells form a <u>tessellation</u>. | ***Tessellation:*** a covering of a geometric plane without gaps or overlaps by congruent plane figures of one type or a few types.<br><br>***Tessellation of openings:*** a pattern of openings comprising a covering of a geometric plane without gaps or overlaps by congruent plane figures of one type or a few types. |

*Fresh Products, Inc. v. Impact Products, LLC, Case No. 3:19-cv-02109-JZ*
**Joint Claim Construction and Prehearing Statement, Exhibit A**

| # | PATENT TERM | AGREED CONSTRUCTION |
|---|---|---|
| | 924 Pat., Cl. 1. A reversible urinal screen comprising:<br>a plurality of interconnected cells that form a <u>tessellation of openings</u>,<br>wherein a perimeter of each of a majority of openings of the <u>tessellation of openings</u> is at least partially defined by three or more braces of a plurality of braces, with a majority of the plurality of braces being shared by multiple openings; and<br>a plurality of posts to deflect urine when the reversible urinal screen is placed upon a urinal surface, the plurality of posts connected to the plurality of braces and positioned such that:<br>when the reversible urinal screen is placed upon the urinal surface in a first orientation, a first plurality of tips of the plurality of posts support the plurality of braces above the urinal surface, and a second plurality of tips of the plurality of posts are positioned above the plurality of braces, and<br>when the reversible urinal screen is placed upon the urinal surface in a second orientation, the second plurality of tips of the plurality of posts support the plurality of braces above the urinal surface, and the first plurality of tips of the plurality of posts are positioned above the plurality of braces, and<br>wherein at least some of the plurality of braces comprise contoured upper and lower surfaces to deflect urine when the reversible urinal screen is placed upon the urinal surface in either of the first or second orientations. | |
| 8. | **"post"**<br>(098 Pat., Claims 19, 38; 924 Pat., Claims 1, 21 and 28) | elongated element that serves as support, having a height in excess of its width |

*Fresh Products, Inc. v. Impact Products, LLC, Case No. 3:19-cv-02109-JZ*
**Joint Claim Construction and Prehearing Statement, Exhibit A**

| # | PATENT TERM | AGREED CONSTRUCTION |
|---|---|---|
| | 098 Pat., Cl. 19. A urinal screen comprising:<br>a frame having:<br>a first face;<br>a second face opposite the first face; and<br>a plurality of interconnected cells at least partially<br> defined by a plurality of braces that intersect at<br> comers, the plurality of interconnected cells<br> comprising at least a plurality of perimeter cells and<br> a plurality of interior cells;<br>wherein the plurality of interior cells comprises a first<br> cell, a second cell, and a third cell, said first cell and<br> said second cell each partially defined by a first<br> brace positioned between said first cell and said<br> second cell, said second cell and said third cell each<br> partially defined by a second brace positioned<br> between said second cell and said third cell, and said<br> first cell and said third cell each partially defined by<br> a third brace positioned between said first cell and<br> said third cell;<br>wherein each of the first brace, the second brace, and the<br> third brace comprises a first end and a second end,<br> and wherein:<br>the first end of the first brace intersects at a comer with<br> the two other braces;<br>the first end of the second brace intersects at a comer<br> with the two other braces; and<br>the first end of the third brace intersects at a comer with<br> the two other braces;<br>a plurality of first <u>posts</u> each connected to a brace or<br> corner of the frame and extending from away from<br> the first face of the frame, and | |

*Fresh Products, Inc. v. Impact Products, LLC, Case No. 3:19-cv-02109-JZ*
**Joint Claim Construction and Prehearing Statement, Exhibit A**

| # | PATENT TERM | AGREED CONSTRUCTION |
|---|---|---|
| | a plurality of second <u>posts</u> each connected to a brace or corner of the frame and extending away from the second face of the frame.<br><br>098 Pat., Cl. 38. A urinal screen comprising:<br>a frame having:<br>a first face:<br>a second face opposite the first face; and<br>a plurality of openings extending through the frame between the first face and the second face;<br>a plurality of first <u>posts</u> extending from the first face of the frame; and<br>a plurality of second <u>posts</u> extending from the second face of the frame;<br>wherein a plurality of ends of the plurality of first <u>posts</u> form a base upon which the urinal screen rests when the plurality of second <u>posts</u> point away from a surface upon which the urinal screen is set;<br>wherein a plurality of ends of the plurality of second <u>posts</u> form a base upon which the urinal screen rests when the plurality of first <u>posts</u> point away from a surface upon which the urinal screen is set;<br>wherein a number of said plurality of first <u>posts</u> and a number of said plurality of second <u>posts</u> are positioned along a perimeter of at least some of the plurality of openings, so as to surround the at least some of the plurality of openings; and<br>wherein, when the urinal screen is set upon a surface in a urinal such that the first or second face of the frame is oriented toward the surface upon which the urinal screen is set, the frame is positioned away from the surface by at least ¼ of a thickness of the | |

*Fresh Products, Inc. v. Impact Products, LLC, Case No. 3:19-cv-02109-JZ*
**Joint Claim Construction and Prehearing Statement, Exhibit A**

| # | PATENT TERM | AGREED CONSTRUCTION |
|---|---|---|
| | urinal screen as measured perpendicular to the first face of the frame, such that <u>posts</u> positioned between the frame and the surface upon which the urinal screen is set can reduce splashing on a user of the urinal by deflecting a flow of mine which passes through said plurality of openings.<br><br>924 Pat., Cl. 21. A reversible urinal screen comprising:<br>a plurality of interconnected cells that form a tessellation of openings,<br>wherein a perimeter of each of a majority of openings of the tessellation of openings is at least partially defined by three or more braces of a plurality of braces, with a majority of the plurality of braces being shared by multiple openings;<br>a solid portion positioned between at least some of the openings of the tessellation of openings, the solid portion occupying an area greater than or equal to ten of the openings of the tessellation of openings; and<br>a plurality of <u>posts</u> to deflect urine when the reversible urinal screen is placed upon a urinal surface, the plurality of <u>posts</u> connected to the plurality of braces and positioned such that:<br>when the reversible urinal screen is placed upon the urinal surface in a first orientation, a first plurality of tips of the plurality of <u>posts</u> support the plurality of braces above the urinal surface, and a second plurality of tips of the plurality of <u>posts</u> are positioned above the plurality of braces, such that at least a portion of the plurality of <u>posts</u> between the | |

*Fresh Products, Inc. v. Impact Products, LLC, Case No. 3:19-cv-02109-JZ*
**Joint Claim Construction and Prehearing Statement, Exhibit A**

| # | PATENT TERM | AGREED CONSTRUCTION |
|---|---|---|
| | second plurality of tips and the plurality of braces can reduce splashing of urine impacting the urinal screen from above, and at least a portion of the plurality of <u>posts</u> between the first plurality of tips and the plurality of braces can reduce splashing of urine that has passed through the tessellation of openings, and<br>when the reversible urinal screen is placed upon the urinal surface in a second orientation, the second plurality of tips of the plurality of <u>posts</u> support the plurality of braces above the urinal surface, and the first plurality of tips of the plurality of <u>posts</u> are positioned above the plurality of braces, such that at least a portion of the plurality of <u>posts</u> between the first plurality of tips and the plurality of braces can reduce splashing of urine impacting the urinal screen from above, and at least a portion of the plurality of <u>posts</u> between the second plurality of tips and the plurality of braces can reduce splashing of urine that has passed through the tessellation of openings,<br>wherein at least some of the plurality of braces comprise contoured upper and lower surfaces to deflect urine when the reversible urinal screen is placed upon the urinal surface in either of the first or second orientations,<br>wherein, when the urinal screen is placed upon a horizontal surface, a thickness of the majority of the plurality of braces as measured perpendicular to the horizontal surface is less than or equal to ½ of an overall thickness of the urinal screen as measured perpendicular to the horizontal surface, | |

*Fresh Products, Inc. v. Impact Products, LLC, Case No. 3:19-cv-02109-JZ*
**Joint Claim Construction and Prehearing Statement, Exhibit A**

| # | PATENT TERM | AGREED CONSTRUCTION |
|---|---|---|
| | wherein a majority of the plurality of <u>posts</u> that are connected to the plurality of braces are connected at corners of the interconnected cells,<br>wherein some openings of the tessellation of openings comprise a different perimeter shape than other openings of the tessellation of openings, and<br>wherein the plurality of braces, the plurality of <u>posts</u>, and the solid portion comprise a fragranced EVA material.<br><br>924 Pat., Cl. 28. A reversible urinal screen comprising:<br>a plurality of interconnected cells that form a tessellation of openings,<br>wherein a perimeter of each of a majority of openings of the tessellation of openings is at least partially defined by three or more braces of a plurality of braces, with a majority of the plurality of braces being shared by multiple openings;<br>a solid portion positioned between at least some of the openings of the tessellation of openings, the solid portion occupying an area greater than or equal to ten of the openings of the tessellation of openings; and<br>a plurality of <u>posts</u> to deflect urine when the reversible urinal screen is placed upon a urinal surface, the plurality of <u>posts</u> connected to the plurality of braces and positioned such that:<br>when the reversible urinal screen is placed upon the urinal surface in a first orientation, a first plurality of tips of the plurality of <u>posts</u> support the plurality of braces above the urinal surface, and a second plurality of tips of the plurality of <u>posts</u> are | |

*Fresh Products, Inc. v. Impact Products, LLC, Case No. 3:19-cv-02109-JZ*
**Joint Claim Construction and Prehearing Statement, Exhibit A**

| # | PATENT TERM | AGREED CONSTRUCTION |
|---|---|---|
| | positioned above the plurality of braces, such that at least a portion of the plurality of <u>posts</u> between the second plurality of tips and the plurality of braces can reduce splashing of urine impacting the urinal screen from above, and at least a portion of the plurality of <u>posts</u> between the first plurality of tips and the plurality of braces can reduce splashing of urine that has passed through the tessellation of openings, and<br>when the reversible urinal screen is placed upon the urinal surface in a second orientation, the second plurality of tips of the plurality of <u>posts</u> support the plurality of braces above the urinal surface, and the first plurality of tips of the plurality of <u>posts</u> are positioned above the plurality of braces, such that at least a portion of the plurality of <u>posts</u> between the first plurality of tips and the plurality of braces can reduce splashing of urine impacting the urinal screen from above, and at least a portion of the plurality of <u>posts</u> between the second plurality of tips and the plurality of braces can reduce splashing of urine that has passed through the tessellation of openings,<br>wherein, when the urinal screen is placed upon a horizontal surface, a thickness of the majority of the plurality of braces as measured perpendicular to the horizontal surface is less than or equal to ½ of an overall thickness of the urinal screen as measured perpendicular to the horizontal surface,<br>wherein the perimeter of each of the majority of openings of the tessellation of openings comprises a plurality of corners, with a <u>post</u> being connected at each of the corners, and | |

*Fresh Products, Inc. v. Impact Products, LLC, Case No. 3:19-cv-02109-JZ*
**Joint Claim Construction and Prehearing Statement, Exhibit A**

| # | PATENT TERM | AGREED CONSTRUCTION |
|---|---|---|
| | wherein the plurality of braces, the plurality of posts, and the solid portion comprise a fragranced EVA material. | |